**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HOWARD COHAN,

    Plaintiff,

v.

OM ORCHARD LAKE DONUTS, INC.,

    Defendant.
_____/

Case No. 2:20-cv-10976

Honorable Terrence G. Berg

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OM ORCHARD LAKE DONUTS, INC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant OM Orchard Lake Donuts, Inc. under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice.

    Respectfully submitted,

    BLACKMORE LAW PLC

    /s/ Angela C. Spears
    Angela C. Spears (P82653)
    BLACKMORE LAW PLC
    21411 Civic Center Drive, Suite 200
    Southfield, MI 48076
    T: (833) 343-6743
    F: (855) 744-4419
    E: aspears@blackmore.law
    *Counsel for Plaintiff*

Dated: January 4, 2021

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed with the Court using the CM/ECF system on January 4, 2021, which will send notice of its filing to all counsel of record.

/s/ *Angela C. Spears*
Angela C. Spears (P82653)