UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD COHAN, <br><br> Plaintiff, <br><br> vs. <br><br> OM ORCHARD LAKE DONUTS, INC., <br><br> Defendant. | 2:20-CV-10976-TGB <br><br> ORDER <br><br> HONORABLE TERRENCE G. BERG |

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

DATED this 5th day of January, 2021.

                         BY THE COURT:

                         /s/Terrence G. Berg
                         TERRENCE G. BERG
                         United States District Judge